IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

3:13MC95

IN RE: ASSIGNMENT OF SOCIAL SECURITY CASES

Pursuant to Miscellaneous Order 3:13-MC-95 filed on June 13, 2013, and the Amended Order filed on September 25, 2019, the court directed that in the interest of the efficient administration of justice that all social security cases be equally assigned among the judicial officers of this court.

At this time the Honorable Robert J. Conrad, Jr., is no longer accepting the assignment of social security cases as a senior judge, the Clerk is directed to removed Senior Judge Robert J. Conrad's name in the social security assignment wheel.

The Clerk is further directed to continue to equally assign these cases among the following district judges regardless of the division in which the case is filed; Honorable Kenneth D. Bell, Honorable Max O. Cogburn, Jr., Honorable Graham C. Mullen, Honorable Martin Reidinger and Honorable Frank D. Whitney.

The courtroom deputy is further directed to continue to identify every third case to be referred to a magistrate judge, including giving the magistrate judge credit for any social security case in which the parties consent to the magistrate judge.

Due to unequal matching of five district judges to three magistrate judges, the designated teams referenced in earlier orders are no longer applicable, and each magistrate judge will be assigned as a referral judge without regard to which district judge listed above is originally assigned the case.

SO ORDERED this ___31___ day of May 2023

_____
Martin Reidinger
Chief U.S. District Judge